JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYLYN ROSS, individually and on behalf of all others similarly situated, | ) Case No. 5:21−cv−00720−MCS−KK |
| Plaintiffs, | ) |
| vs. | ) **ORDER REMANDING ACTION** |
| STATER BROS. MARKETS, a California Corporation, and DOES 1-50, inclusive, | ) |
| Defendants. | ) |

///

///

Having considered the parties' Joint Stipulation and good cause appearing, the Court orders that case number 5:21−cv−00720−MCS−KK styled *Cheylyn Ross v. Stater Bros. Markets* is hereby remanded to San Bernardino County Superior Court by stipulation of the parties. The Clerk of Court shall close the case.

IT IS SO ORDERED.

Date: May 27, 2021

_____
HON. MARK C. SCARSI
UNITED STATES DISTRICT COURT JUDGE